# EXHIBIT D

# Oakland Undercurrent Swim Team

# Home

## Swim Team Tryouts

New to the team? Stop by the Laney college pool Monday–Thursday at 3:30pm for evaluation.

No appointment necessary. just show up, bring swim suit and googles. All questions about the program will be answered then.



### Tweets                                                        🐦 Follow

**Oakland Undercurrent** @ONDAswimteam                    23 Dec
Winning isn't normal... pic.twitter.com/IO6xCwI0VO



**Oakland Undercurrent** @ONDAswimteam                    25 Nov
Social kick to finish pre thanksgiving practice. Special guest today
@noshirtmike pic.twitter.com/b0zzXPCjgH

Tweet to @ONDAswimteam



## USA Swimming News

- **TRIALS BETTER THAN THE NFL'S BIG GAME**

- With the NFL's big game fast approaching, America's eyes tilt towards the gridiron and subsequently to hit-em-knock-em-down head-slammin' football mania.

- **LEDECKY: 200, 800, EVEN 100 REVOLVE AROUND HER 400 TRAINING**

- Of all the records and fast times, something else has propelled Katie Ledecky to the top: An understanding of the connectedness of her events.

- **20 QUESTION TUESDAY: KRIS KUBIK**

- He is as well-known as anyone in college swimming and a fixture on U.S. international team coaching staffs.

- **LOCHTE: 400 IM FITS WITH CURRENT MINDSET – FOR NOW**

- A lot of forces come into play in the arc of a long-time swimmer.

- **MIKE'S MAILBAG: MAKING A SCHEDULE**

- To me, it seems I have nothing to lose in this sport except for my friends and coaches. I feel like my life would be so much easier without swimming.

Refresh | Subscribe

# Swimming World News

- **A Dream Team of 100m Freestyle Olympic Champions Backing SWIMBOT**

- The post A Dream Team of 100m Freestyle Olympic Champions Backing SWIMBOT appeared first on Swimming World News.

- **Jakub Maly Explains The Minnesota Experience**

- The post Jakub Maly Explains The Minnesota Experience appeared first on Swimming World News.

- **Kelsi Worrell Featured on February Cover of Swimming World Magazine**

- The post Kelsi Worrell Featured on February Cover of Swimming World Magazine appeared first on Swimming World News.

- **Virginia Tech's Brandon Fiala Selected To Represent ACC**

- The post Virginia Tech's Brandon Fiala Selected To Represent ACC appeared first on Swimming World News.

- **The Week That Was: FINA Speaks, An NCAA Streak Continues, And Fast Swimming In Europe**

- The post The Week That Was: FINA Speaks, An NCAA Streak Continues, And Fast Swimming In Europe appeared first on Swimming World News.

Refresh | Subscribe



# Join our mailing list today!

**Email Address:**

**Parent's First Name:**

**Parent's Last Name:**

| | |
|---|---|
| **Swimmer's Full Name:** | |
| **Swimmer's Age:** | |
| **Group:** | Gold/Silver/Bronze |
| | Subscribe |

# Text Alerts!

**Fastest way to receive information delivered to your phone. To get on the list, Text @onda2016 to number 81010 or sign up here https://www.remind.com/join/onda2016**

## ONDA swim team's reminders for @onda2016

### ONDA swim team 2016
1/27

Families that will be going to swim meet this weekend in Moraga must provide volunteers. Please sign up here http://www.signupgenius.com/go/30e0b45afa62ba02-zone1

### ONDA swim team 2016
1/22

Tomorrow, Sat, Jan. 23, Cal hosts Arizona State at noon. This is great opportunity to watch some fast swimming. Spieker pool in Berkeley

### ONDA swim team 2016
1/21

**Load more**

Get the app!

 

# Upcoming Events

No upcoming events found.

View All | RSS | iCal







# 55 °F

## A Few Clouds

58° – 45°

Oakland, Metro Oakland International Airport, CA