Squire Patton Boggs (US) LLP
Joseph A. Meckes (State Bar # 190279)
joseph.meckes@squirepb.com
Rafael M. Langer-Osuna (State Bar # 300948)
rafael.langerosuna@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:      +1 415 393 9887

Attorneys for Defendant
THE OAKLAND COMMUNITY POOLS
PROJECT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH F. BELL, PH.D., | Case No. 4:19-cv-01308-JSW |
| Plaintiff, | **ANSWER TO COMPLAINT** |
| v. | |
| THE OAKLAND COMMUNITY POOLS PROJECT, INC.; and Does 1 to 20, | |
| Defendants. | |

010-8760-3943/1/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ANSWER TO COMPLAINT

Defendant The Oakland Community Pools Project, Inc. ("OCPP") answers the Complaint filed by Keith F. Bell ("Bell") as follows:

## PARTIES

1. OCPP lacks sufficient knowledge to answer this allegation and therefore denies it.

2. Admitted.

3. OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

4. This paragraph contains no factual allegations. OCCP therefore denies it.

## JURISDICTION AND VENUE

5. OCPP admits that this Court has jurisdiction over copyright claims. Otherwise, OCPP lacks sufficient knowledge to answer the balance of the allegations in this paragraph. OCPP therefore demands strict proof of these allegations.

6. Admitted that OCPP is subject to this Court's jurisdiction.  OCPP lacks sufficient knowledge to answer the balance of the allegations in this paragraph and therefore denies them.

7. OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

8. OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

## FACTUAL ALLEGATIONS

**A.      OCPP denies the facts contained in this heading.**

9. OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

10. OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

010-8760-3943/1/AMERICAS

1    11.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

2    therefore demands strict proof of these allegations.

3    12.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

4    therefore demands strict proof of these allegations.

5    **B.    Denied.**

6    13.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

7    therefore demands strict proof of these allegations.

8    14.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

9    therefore demands strict proof of these allegations.

10    15.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

11    therefore demands strict proof of these allegations.

12    16.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

13    therefore demands strict proof of these allegations.

14    17.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

15    therefore demands strict proof of these allegations.

16    18.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

17    therefore demands strict proof of these allegations.

18    19.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

19    therefore demands strict proof of these allegations.

20    20.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

21    therefore demands strict proof of these allegations.

22    21.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

23    therefore demands strict proof of these allegations.

24    22.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

25    therefore demands strict proof of these allegations.

26    23.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and

27    therefore demands strict proof of these allegations.

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

ANSWER TO COMPLAINT

010-8760-3943/1/AMERICAS

**C.    Denied.**

24.    OCPP admits that it is a nonprofit corporation located in Oakland, California. OCPP admits that its mission is to encourage swimming participation for local youths who would not otherwise be able to afford to learn how to swim. OCPP further admits that Oakland Undercurrent is a swim team and swim program organized by OCPP.  OCPP denies the balance of the allegations in this paragraph.

25.    Denied.

26.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

27.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

28.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

29.    OCPP lacks sufficient knowledge to answer the allegations in this paragraph and therefore demands strict proof of these allegations.

30.    Denied.

**ANSWER TO FIRST CAUSE OF ACTION**
**<u>COPYRIGHT INFRINGEMENT</u>**
**(Against All Defendants)**

31.    Denied.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

36.    Denied.

37.    Denied.

38.    Denied.

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

ANSWER TO COMPLAINT

010-8760-3943/1/AMERICAS

1

2

3  **ANSWER TO SECOND CAUSE OF ACTION**
   **TRADEMARK INFRINDGMENT**
   (Against All Defendants)

4

39.    Denied.

5

40.    Denied.

6

41.    Denied.

7

42.    Denied.

8

43.    Denied.

9

44.    Denied.

10

45.    Denied.

11

46.    Denied.

12

47.    Denied.

13

14

**ANSWER TO ATTORNEYS FEES**

15

48.    Denied.

16

49.    Denied.

17

18

**ANSWER TO PRAYER FOR RELIEF**

19

1.    Denied.

20

2.    Denied.

21

3.    Denied.

22

4.    Denied.

23

5.    Denied.

24

6.    Denied.

25

7.    Denied.

26

8.    Denied.

27

9.    Denied.

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

010-8760-3943/1/AMERICAS

1    10.    Denied.

2                    **OCPP: DEMAND FOR JURY TRIAL**

3        OCPP is entitled to and hereby respectfully demands a trial by jury on all issues triable in

4    this matter.

5                    **AFFIRMATIVE DEFENSES**

6        In further response to Bell's Complaint, without accepting the burden of proof over any

7    element herein where that burden lies by law with Bell, OCPP states the following defenses:

8                    **FIRST DEFENSE**

9                    **(Laches)**

10    1.    Bell unreasonably delayed in enforcing his rights to the prejudice of OCPP.

11                    **SECOND DEFENSE**

12                    **(Estoppel)**

13    2.    Upon information and belief, Bell is either responsible for or complicit in the

14    continued presence and accessibility of his own materials on platforms such as Twitter.  Upon

15    information and belief, Bell participates in or allows the widespread dissemination of his own

16    materials without attribution, including the image allegedly at issue here.  Upon information and

17    belief, Bell does so in order to pursue litigation against individuals who innocently repost that

18    material.  Bell should therefore be estopped from recovery here.

19                    **THIRD DEFENSE**

20                    **(Fair Use)**

21    3.    Bell's claims are subject to the defense of fair use.  OCPP is a nonprofit institution

22    whose actions are for nonprofit educational purposes.  OCPP does not compete with Bell.

23    4.    The allegedly infringing post is unoriginal, unidentifiable as copyrighted,

24    informational, and decidedly not entertaining (nor for an entertainment purpose).  The allegedly

25    infringing post apparently consists of words similar to one page of the 72-page copyrighted work.

26    The alleged post was used descriptively and not for any marketing purpose.  Finally, the alleged

27    post has either:

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

ANSWER TO COMPLAINT

010-8760-3943/1/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1   (1) Had no impact on the market for the copyrighted material or

2   (2) If it has had any impact, it has marginally increased the potential market for the

3   copyrighted materials by exposing new readers to this obscure and nearly fifty-year-old writing.

4                                   **FOURTH DEFENSE**

5                                **(Statute of Limitations)**

6   5.      Bell's claims are barred by the applicable statutes of limitations.

7                                     **FIFTH DEFENSE**

8                                 **(Failure to State a Claim)**

9   6.      Bell has failed to state claims for either copyright or trademark infringement.

10                                    **SIXTH DEFENSE**

11                                      **(Innocence)**

12  7.      During the relevant timeframe, neither OCPP nor any individual affiliated with

13  OCPP was aware of Bell's copyright or that the material in Exhibit D to the Complaint was

14  copyrighted. Nor did OCPP or anyone affiliated with OCPP have any reason to believe that the

15  allegedly infringing material was protected by copyright.

16

17  Dated:  April 26, 2019                          Squire Patton Boggs (US) LLP

18

19                                                  By: */s/ Joseph A. Meckes*
                                                    Joseph A. Meckes
20                                                  Rafael M. Langer-Osuna
                                                    Attorneys for Defendant
21                                                  THE OAKLAND COMMUNITY POOLS
                                                    PROJECT, INC.

22

23

24

25

26

27

28

010-8760-3943/1/AMERICAS