Squire Patton Boggs (US) LLP
Joseph A. Meckes (State Bar # 190279)
joseph.meckes@squirepb.com
Rafael M. Langer-Osuna (State Bar # 300948)
rafael.langerosuna@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:      +1 415 393 9887

Attorneys for Defendants
THE OAKLAND COMMUNITY POOLS
PROJECT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH F. BELL, PH.D., <br><br> Plaintiff, <br><br> v. <br><br> THE OAKLAND COMMUNITY POOLS PROJECT, INC.; and Does 1 to 20, <br><br> Defendants. | Case No. 4:19-cv-01308-JST <br><br> **DECLARATION OF JOSEPH A. MECKES IN SUPPORT OF DEFENDANT THE OAKLAND COMMUNITY POOLS PROJECT, INC.'S MOTION FOR ATTORNEYS' FEES** <br><br> Judge:  Hon. Jon S. Tigar |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

DECLARATION OF JOSEPH A. MECKES
4:19-CV-01308-JST

010-9068-8149/2/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

**DECLARATION OF JOSEPH A. MECKES**

I, Joseph A. Meckes, declare:

1.      I am a member of the State Bar of California, licensed to practice before this Court, and am a partner of Squire Patton Boggs (US) LLP ("SPB").  I submit this declaration in support of Defendant The Oakland Community Pools Project, Inc.'s ("OCPP") Motion for Attorneys' Fees, filed concurrently herewith.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

2.      Plaintiff's counsel has made repeated demands on OCPP regarding its insurance coverage.

3.      On April 25, 2017, Plaintiff's counsel sent a letter to OCPP demanding $25,000 to settle. Attached as Exhibit A is a true and correct copy of the April 2017 letter sent by Plaintiff's counsel to OCPP.

4.      On July 19, 2017, Plaintiff's counsel sent me a letter via email.  In this letter, Plaintiff's counsel states, 'USA swimming may provide its member swim clubs with insurance under agreements with the swim clubs . . . . If your client has a commercial liability insurance policy, through USA Swimming or otherwise, that covers copyright infringement under advertising injuries, you may be able to turn this dispute over to the insurance carrier for negotiation of a settlement."  Attached as Exhibit B is a true and correct copy of the July 2017 letter sent by Plaintiff's counsel.

5.      The same counsel who sent me both of the above-referenced letters explained to me that he was focusing on swim teams because he believed that they had insurance coverage that would provide a defense to Plaintiff's claims.

6.      During the course of litigation, which has covered 13 months in two years, SPB's hourly rates were adjusted to more accurately reflect market rates at similar firms in the San Francisco Bay Area.  Over the course of litigation, the SPB rate for paralegals was $375, and the rates for attorneys ranged between $350 and $925, depending on level of experience.

7.      From its commencement in March 2019, the parties have actively litigated and contested the action.  I have maintained an active litigation practice in the Bay Area since 1997 and I initially served as lead counsel for OCPP in this matter. Over the course of 2019, I shifted that

DECLARATION OF JOSEPH A. MECKES
4:19-CV-01308-JST

010-9068-8149/2/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1  responsibility to Rafael Langer-Osuna, though I continued to supervise and provide input on this

2  matter.

3  8.        I am a partner at SPB.  I focus on intellectual property litigation.  I was admitted to

4  practice law in California in 1997.  The billing rate for my services in this matter was $880 for

5  2019 and $925 for 2020.  In the twenty-three years I have practiced law, it has been my

6  experience that the rates charged by SPB attorneys are comparable to the rates for other San

7  Francisco Bay Area attorneys with similar experience and skill sets.  Attached as Exhibit C is a

8  true and correct copy of my law firm biography, which outlines my experience as a lawyer.

9  9.        Melanie P. Cockrum is a litigation associate at SPB who has worked with me on this case.

10  The billing rate for her services in this matter was $350 for 2019 and $370 for 2020.  Based on

11  my experience in working with and against other firms in various lawsuits, this rate is consistent

12  with the rates charged by other San Francisco Bay Area attorneys with similar experience and

13  skill sets.

14  10.       Rafael Langer-Osuna is a litigation partner at SPB who has worked with me on this case.

15  The billing rate for their services in this matter was $555 in 2019 and $675 in 2020.  Based on my

16  experience in working with and against other firms in various lawsuits, this rate is consistent with

17  the rates charged by other San Francisco Bay Area attorneys with similar experience and skill

18  sets.

19  11.       John B. Belfiore was a litigation paralegal at SPB for over 15 years. During the relevant

20  period, his billing rate was $375.  Based on my experience in working with and against other

21  firms in various lawsuits, this rate is consistent with the rates charged by other San Francisco Bay

22  Area paralegals with similar experience and skill sets.

23  12.       Andrew Laing is a litigation support analyst at SPB.  It is my experience that using his

24  expertise on matters helps to reduce the amount of time spent by other timekeepers and, thus, his

25  rate is justified and reasonable.

26  13.       Katherine A. Sharpless was a summer associate at SPB.  Fees related to her time have not

27  been included in the total fees requested.

28

- 3 -                    DECLARATION OF JOSEPH A. MECKES
                                       4:19-CV-01308-JST

1    14.    SPB is a global law firm with more than 1,500 lawyers.  I believe that our billing rates are

2    similar to rates of other large-sized firms with a global practice and are substantially less than

3    some other fees charged by large firms practicing in the San Francisco Bay Area.

4

5    I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.  Executed on this 18th day of May 2020.

7

8                                                                    /s/*Joseph A. Meckes*
                                                                     Joseph A. Meckes
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 4 -                                           DECLARATION OF JOSEPH A. MECKES
                                                         4:19-CV-01308-JST

010-9068-8149/2/AMERICAS