EXHIBIT A



**Fay Sharpe** LLP

Intellectual Property Law

**Alan C. Brandt**
Direct Dial: 216.363.9114
Email: abrandt@faysharpe.com

**Mandy B. Willis**
Direct Dial: 216.363.9176
Email: mwillis@faysharpe.com

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

April 25, 2017

Via E-mail (ondaswimming@gmail.com)
U.S. First Class Mail
(Tracking No. 9114 9014 9645 1169 6150 75)

Rolandus Gimbutis
Oakland Undercurrent Swim Team
4096 Piedmont Ave #181
Oakland, CA 94611

Re:  Unauthorized Copying and Distribution of *Winning Isn't Normal* and
Unauthorized Use of the WINNING ISN'T NORMAL Trademark
FS Ref. No. BELK 900129US01

Dear Mr. Gimbutis:

Our firm represents Dr. Keith Bell regarding the above captioned matter.  Having received no response to our initial letter e-mailed to you on April 4, 2017, we are resending our initial letter herewith via e-mail and U.S. First Class Mail.  Please see the enclosed copy of our initial letter for additional information.  Since it appears that you may not have received or may not have opened our previous correspondence, our client is willing to extend the offer and associated conditions of our initial letter.  Please provide your response by May 9, 2017.  Even if you do not agree with certain portions of our initial letter, a response indicating your disagreements would be useful in resolving this matter through further dialog and negotiations.

Nothing contained or omitted from this letter will be deemed to be an admission of any fact or waiver of any rights or remedies with respect to the subject of this letter, all of which rights and remedies are expressly reserved.

Very truly yours,

Fay Sharpe LLP

Alan C. Brandt
Mandy B. Willis

BELK 900129US01 4027822 1

The Halle Building, 5th Floor ■ 1228 Euclid Avenue ■ Cleveland, OH 44115
Telephone: 216.363.9000 ■ Facsimile: 216.363.9001 ■ www.faysharpe.com

PROTECTING IDEAS SINCE 1884



**Fay Sharpe** LLP

Intellectual Property Law

**Alan C. Brandt**
Direct Dial: 216.363.9114
Email: abrandt@faysharpe.com

**Mandy B. Willis**
Direct Dial: 216.363.9176
Email: mwillis@faysharpe.com

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

April 4, 2017                    Via E-mail (ondaswimming@gmail.com)

Rolandus Gimbutis
Oakland Undercurrent Swim Team
4096 Piedmont Ave #181
Oakland, CA 94611

Re:  Unauthorized Copying and Distribution of *Winning Isn't Normal* and
Unauthorized Use of the WINNING ISN'T NORMAL Trademark
FS Ref. No. BELK 900129US01

Dear Mr. Gimbutis:

Our firm represents Dr. Keith Bell regarding the above captioned matter. Dr. Bell is the author and owner of the copyright for a literary work entitled *Winning Isn't Normal* (see Exhibit A - Reg. No. TX0002672644). This copyrighted literary work is from Dr. Bell's *Winning Isn't Normal®* series of literary works that are sold online through various outlets and distributed nationwide. For example, the *Winning Isn't Normal* book as well as posters and t-shirts with representations of the book's page 8 are sold via Keel Publications (see Exhibit B). Keel provides Dr. Bell's contact information for those interested in obtaining permissions and/or licenses authorizing copying and distribution of the copyrighted literary works. As emphasized by the posters and t-shirts, *Winning Isn't Normal* and the content of page 8 (see Exhibit C) reflect the thesis for an approach to motivate winning (i.e., success) that transcends competitive sports to other fields in which success is desirable. Dr. Bell also has a federally registered trademark WINNING ISN'T NORMAL (see Exhibit D - Reg. No. 4,630,749) for printed matter, namely, non-fiction publications, namely, books, booklets, pamphlets, articles, manuals and posters in the field of sports, fitness, and competitive performance and psychology. Our client has expressed concern that the Oakland Undercurrent Swim Team (Oakland Undercurrent), or perhaps an associate, has engaged in unauthorized copying and distribution of a representation of page 8 of *Winning Isn't Normal* and unauthorized use of his trademark, thereby infringing his copyright and trademark.

On or about December 23, 2015, an image representation of page 8 of *Winning Isn't Normal* was posted on Oakland Undercurrent's Twitter account (@ONDAswimteam) without authorization and without proper attribution (see Exhibit E). The posted image representation is a photograph of a textual representation of page 8. While the content of the image representation is not identical to page 8, there are only minor changes in wording and formatting that leave it substantially similar to the content of page 8. Thus, it appears that

The Halle Building, 5th Floor ▪ 1228 Euclid Avenue ▪ Cleveland, OH 44115
Telephone: 216.363.9000 ▪ Facsimile: 216.363.9001 ▪ www.faysharpe.com

*PROTECTING IDEAS SINCE 1884*

Oakland Undercurrent Swim Team
April 4, 2017
Page 2

someone with access to *Winning Isn't Normal* created the content captured in the photograph as a derivative textual representation of page 8 and photographed the derivative textual representation to create the derivative image representation of page 8. The derivative textual representation was then posted to the Oakland Undercurrent Twitter account. At the time of this letter, the infringing post was still viewable and publicly accessible via the Oakland Undercurrent's Twitter profile (*See* Exhibit F).

Our client was never contacted by Oakland Undercurrent or anyone else requesting permission to create the above-described derivative representations of page 8 or to post the derivative image representation anywhere on the Internet. Moreover, the image was posted on the Oakland Undercurrent Twitter account with no attribution to anyone. This leads viewers of the post to believe incorrectly that Oakland Undercurrent is the author and/or copyright owner or at least authorized to post the derivative image representation.

In the context of copyright infringement, willfulness is demonstrated by showing that an infringer recklessly disregarded the possibility that its conduct represented infringement. The copyright owner is not required to show the infringer had knowledge that its actions constituted an infringement. The test for willful copyright infringement is "objective recklessness" OR "subjective intent." The concepts of "blind-eye intent" and "willful blindness" have also been used to explain the "recklessness" prong.

Under these circumstances, posting the derivative image representation of page 8 on the Oakland Undercurrent Twitter account is considered willful infringement. We also note that Twitter warns users in its terms of service not to post content or take any action that infringes or violates someone else's rights. Twitter users that post or share content that is generated by someone else do so at their own risk. Depending on the circumstances, the posting of infringing content can create liability for willful copyright infringement. Moreover, in addition to liability for direct infringement arising from the post, Oakland Undercurrent could be liable for creating unauthorized derivative works if Oakland Undercurrent personnel and/or an associate created any of the unauthorized derivative representations.

In view of the facts and information provided above, Oakland Undercurrent is liable for at least direct copyright infringement and trademark infringement. Our client would like to resolve this matter amicably without resorting to litigation. In order to do so, we require that Oakland Undercurrent take the following steps:

1) Immediately remove public displays of any unauthorized excerpts or representations that are identical or substantially similar to any portion of *Winning Isn't Normal* or any of our client's other works and any unauthorized uses of the registered trademark;

2) Immediately cease and desist further dissemination of any unauthorized excerpts or representations that are identical or substantially similar to any portion of *Winning Isn't Normal* or any of our client's other works and any unauthorized uses of the registered trademark;

3) Immediately cease and desist from acquiring any unauthorized excerpts or representations that are identical or substantially similar to any portion of *Winning Isn't Normal* or any of our client's other works;

4) Immediately destroy all electronic versions of any unauthorized excerpts or representations that are identical or substantially similar to any portion of *Winning Isn't*

FOR SETTLEMENT PURPOSES ONLY / SUBJECT TO FEDERAL RULE OF EVIDENCE 408

PROTECTING IDEAS SINCE 1884

Oakland Undercurrent Swim Team
April 4, 2017
Page 3

*Normal* or any of our client's other works and any unauthorized uses of the registered trademark;

5) Provide us with an explanation of the nature, duration, and amounts of all distributions, displays, and other disseminations of unauthorized excerpts or representations by the Oakland Undercurrent that are identical or substantially similar to any portion of the copyrighted literary work *Winning Isn't Normal* or any of our client's other works and any unauthorized uses of the registered trademark;

6) If any of the unauthorized derivative textual representations of page 8 of *Winning Isn't Normal* were not created by Oakland Undercurrent personnel or an associate, provide us with the source from which such unauthorized derivative representation was obtained;

7) Deliver all paper and other fixed copies of any unauthorized excerpts or representations that are identical or substantially similar to any portion of the copyrighted literary work *Winning Isn't Normal* or any of our client's other works and any unauthorized uses of the registered trademark to our office for destruction; and

8) Send a $25,000 settlement payment to our office in exchange for releasing Oakland Undercurrent from liability for copyright and trademark infringement associated with the actions described above.

Our client has invested significant funds and time in the development and authorized dissemination of his copyrighted literary work. As such, we are prepared to take aggressive legal action to protect our client's *Winning Isn't Normal* copyright. If Oakland Undercurrent does not take the steps enumerated above or does not at least initiate best efforts in negotiating a reasonable settlement of this matter, our client reserves the right to seek all remedies provided by law, including injunctions; actual damages; statutory damages; full costs; and reasonable attorneys' fees.

Please advise whether you agree to the $25,000 settlement offer and the other steps enumerated above by **April 18, 2017**. Once we hear from you, we shall provide a settlement agreement releasing Oakland Undercurrent from liability for copyright and trademark infringement in exchange for payment of the settlement fee and performance of the above steps. If you would like to schedule a phone call to discuss these terms, please let us know.

Nothing contained or omitted from this letter will be deemed to be an admission of any fact or waiver of any rights or remedies with respect to the subject of this letter, all of which rights and remedies are expressly reserved.

Very truly yours,

Fay Sharpe LLP

Alan C. Brandt
Mandy B. Willis

BELK 900129US01 4014906 1

# EXHIBIT A

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

**OFFICIAL SEAL**



UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 2 672 644**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

9   21   89
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

Winning Isn't Normal

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

a Keith Frank Bell

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1948   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Entire Text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1981 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ February Day ▶ Year ▶ 1981
ONLY if this work has been published.
United States of America ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Dr. Keith Bell
3101 Mistyglen Circle
Austin, Texas   78746

1598 Winford Ave.
Ventura, CA   93004

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 2

# EXHIBIT B

Keel Publications



**Books**
**Posters**
**Shirts**
**Order Info**
**Contact**

# Keel Publications

512-327-1280 • PO Box 160155 • Austin, Texas 78716

## *Winning Isn't Normal®* Series
### by Dr. Keith Bell

A pioneer in Sports Psychology, Dr. Keith Bell is internationally recognized today as one of the foremost expert on performance enhancement. He has made, and continues to make, unique and valuable contributions to sport, business, and other endeavors where performance demands excellence.

The author of 10 books, Dr. Bell has helped tens of thousands improve performance, outperform the competition, and enjoy their pursuit of excellence. Dr. Bell has served as the sports psychologist for U.S., Canadian, Australian, New Zealand, Hong Kong, and Cayman Island National and Olympic teams.










| 76 Rules | The Parent's Guide | Swim to Win Playbook | Psychology for Swimmers | Winning Isn't Normal | Target On Gold | Coaching Excellence |
|---|---|---|---|---|---|---|
| $19.95 | $19.95 | $34.95 | $19.95 | $19.95 | $19.95 | $24.95 |



## Same-Day Shipping this week!
## ORDER BELOW

COPYRIGHT NOTICE: All books, posters, and other items herein are copyrighted works, protected by U.S. & International laws of copyright. In addition "Winning Isn't Normal®" is a registered trademark. The use, in print, electronic, or any other way, of any of this material, in part or whole, requires expressed written permission from the author, Dr. Keith Bell.

Attribution alone is not a substitute for the permission to use copyrighted or trademarked work. Nor, does ownership of a physical copy constitute permission for use. For licensing rights contact Dr. Bell at Keel Publications.

If you are interested in sharing a book or poster, please purchase a copy for each recipient Thank you for respecting this author and the multitude of hours he spent to produce this work.



**WINNING ISN'T NORMAL® —**
**$19.95 softcover | $9.99 eBook**
This timeless bestseller motivates the reader to do what it takes to win and to make the pursuit of excellence fun. Comprised of short easily-read and easily-applied sections, this book bursts with wisdom in order to prepare the reader for optimal performance. The strategies taking charge, creating a winning environment, un-limiting, and more. The strategies are readily applied to any sport, as well as business, performing arts, or most any endeavor. 72 pages. Comments

Softcover

**Add to Cart**

or
iBook / Kindle



**The Nuts & Bolts of PSYCHOLOGY FOR SWIMMERS**
**$19.95 softcover | $9.99 eBook**
Referred to as "the bible of sports psychology for swimmers," this classic bestseller, comprised of short, easy-to-read, easily-applied sections, offers the reader ideas for trainig better, enjoyment of training, competing more effectively, and applying winning strategies. The Austin American-Statesman reports: "Psychology for Swimmers could just as easily apply to any sport or any endeavor in which improving performance is desired" and Runner's World concurs, stating: "Replace the word 'swimmer' with 'runner' and you'e got your runner's book." 72 pages. Comments

Softcover

**Add to Cart**

or
iBook / Kindle

**TARGET ON GOLD:** *Goal Setting for Swimmers & Other Kinds of People* —
**$19.95 softcover | $9.99 eBook**

Softcover

Keel Publications



"Goals are merely excuses for the games. They allow you to play. They bring meaning and excitement to the game of life. A goal provides opportunity for involvement. The better formed the goal and the more highly valued it is, the more complete the immersion in its pursuit. A total absorption in the quest gets you truly engaged in life, feeling alive, performing better, reaping the rewards and squeezing out every drop of meaning life has to offer." — Dr. Keith Bell, *Target on Gold*

**Add to Cart**
or
iBook / Kindle

**76 RULES for Outperforming the Competition — $19.95**
Internationally known performance expert, Dr. Keith Bell, presents 76 rules that comprise a philosophy for excellence. Here is a system of principles devised to get you on the richest and most meaningful ride to outperforming the competition, winning life's individual games, and enjoying all of your pursuits.

Softcover

**Add to Cart**

(eBook coming soon)

**THE PARENT'S GUIDE to the Proper Psychological Care & Feeding of the Competitive Swimmer — $19.95**
PARENTS — here is the ultimate guide to what to do to help your child get the most out of his competitive swimming experience. Learn why swimming is the best choice for your child, what to expect from a team, the coach, your swimmer, and the sport. Practical advice in a quick, easy, enjoyable read. Contents / Review

Softcover

**Add to Cart**

(eBook coming soon)

**THE SWIM TO WIN PLAYBOOK — $34.95**
More than 150 games, drills, and quizzes designed to foster competitive swimming excellence and enjoyment. Complete with sample plays from Olympic quadruple gold medalist, Amy Van Dyken, and Olympic triple gold medalists, Sandy Neilson-Bell and Josh Davis. This book will help swimmers to play their way to victory. Great for mental skills training for the entire team.. 256 pages. Workbook. Comments / Review

Softcover

**Add to Cart**

**COACHING EXCELLENCE — $24.95**
Maps the path to coaching success. Designed with the busy coach in mind: written in short, easily-digestible sections. For coaches who want to excel at coaching athletes to excellence. 154 pages.
Comments

Softcover

**Add to Cart**

**RELAXATION TRAINING — CD $19.95**
Learn relaxation skills to increase power, speed, and fluidity of movement while conserving energy. Great for handling pressure, managing pain, increased concentration, mental rehearsal, and promoting rest and recovery. Side One: Relaxation/Tension Contrast, 17 min. Side Two: Relaxation without Tensing, 11 min.

CD

**Add to Cart**

**View Cart**

**CHAMPIONSHIP SPORTS PSYCHOLOGY**
A guide to developing psychological skills for peak athletic performance. Provides an in-depth look at: Championship Thinking, Imaginal Practice, Relaxation, Goal Setting, Motivation, Confidence, Pain, Fatigue, and Anxiety Management. 192 pages.

eBook coming soon

**WHAT IT TAKES:** *The ABC's of Excelling*

eBook coming soon

**YOU ONLY FEEL WET WHEN YOU'RE OUT OF THE WATER**
*Thoughts on Psychology & Competitive Swimming*

eBook coming soon

© Copyright 2017 Keel Publications

KEEL Publications   512-327-1280 • PO Box 160155 • Austin, Texas 78716

## Winning Isn't Normal Series
by Dr. Keith Bell

*The following posters are excerpted from the book:*
*Winning Isn't Normal*
BUY THE BOOK NOW



**Winning Isn't Normal • Swimming Poster**
size: 10x13
$23.95
↳ Add to Cart ↲



**Winning Isn't Normal • Lacrosse Poster**
size: 10x13
$23.95
↳ Add to Cart ↲

### Winning Isn't Normal

**Winning Isn't Normal • Generic Poster**
size: 10x13
$23.95
↳ Add to Cart ↲

*The "Team Policy" poster below is*
*excerpted from the book:*
*Coaching Excellence*
BUY THE BOOK NOW

*The "Team Policy" poster below is*
*excerpted from the book:*
*The Swim to Win PLAYBOOK*
BUY THE BOOK NOW



Books   Posters   Shirts   Order Info   Contact

http://www.keelpublications.com/[2/23/2017]

**KEEL Publications**   512-327-1280 • PO Box 160155 • Austin, Texas 78716

**Team Policy**

Team Policy Poster / v1
size: 10x16
$29.95
Add to Cart

**Team Policy**

Team Policy Poster / v2
size: 10x13
$23.95
Add to Cart

**Team Policy**

Team Policy Poster / v3
size: 10x16
$29.95
Add to Cart

The "10 Rules" poster below is excerpted
from the book:
*The Parent's Guide*
*to the Proper Psychological Care & Feeding
of the Competitive Swimmer*
BUY THE BOOK NOW

**KEEL Publications** 512-327-1280 • PO Box 160155 • Austin, Texas 78716

*COPYRIGHT NOTICE: All books, posters, and other items herein are copyrighted works, protected by U.S. & international laws of copyright. In addition, "Winning Isn't Normal®" is a registered trademark. The act, in print, electronic, or any other way, of any of this material, in part or whole, requires expressed written permission from the author, Dr. Keith Bell.*

*Attribution alone is not a substitute for the permission to use copyrighted or trademarked work. Nor, does ownership of a physical copy constitute permission for use. For licensing rights contact Dr. Bell at Keel Publications.*

*If you are interested in showing a book or poster, please purchase a copy for each recipient. Thank you for respecting this author and the multitude of hours he spent to produce this work.*



**10 Rules by which to Parent Your Swimmer**
size: 10x13
$23.95

Add to Cart

# ORDER VISA TODAY
Please allow 3-4 weeks for delivery

© Copyright 2017 Keel Publications

KEEL Publications   512-327-1280 • PO Box 160155 • Austin, Texas 78716

The "Winning Isn't Normal" shirt imprint is excerpted from the book:
*Winning Isn't Normal*



**Blue (Iris) shirt**
size: Small $14.95 USD ▾
⤵ Add to Cart

**Olive shirt**
size: Small $14.95 USD ▾
⤵ Add to Cart

**Black shirt**
size: Small $14.95 USD ▾
⤵ Add to Cart

**Stone Blue shirt**
size: Small $14.95 USD ▾
⤵ Add to Cart

*Winning Isn't Normal®*
by Dr. Keith Bell
BUY THE BOOK NOW

**Customized TEAM SHIRTS**
(your logo on front)
• • •
For more info: 512-327-1280

COPYRIGHT NOTICE: All books, posters, and other items herein are copyrighted works, protected by U.S. & International laws of copyright. In addition "Winning Isn't Normal®" is a registered trademark. The use, in print, electronic, or any other way, of any of this material, in part or whole, requires expressed written permission from the author, Dr. Keith Bell.

Attribution alone is not a substitute for the permission to use copyrighted or trademarked work. Nor does ownership of a physical copy constitute permission for use. For licensing rights contact Dr. Bell at Keel Publications.

If you are interested in sharing a book or poster, please purchase a copy for each recipient. Thank you, for respecting this author and the multitude of hours he spent to produce this work.

© Copyright 2017 Keel Publications

# EXHIBIT C

# Winning Isn't Normal

Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.

Every race only has one winner. No matter how many people are entered (not to mention all those who tried and failed to make cuts), only one person (or one relay) wins each event.

Winning is unusual. As such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. (Now, take note! Wanting it more is a decision you make and act upon — not some inherent quality or burning inner drive or inspiration!) And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness . . . because *winning isn't normal!!*

8

# EXHIBIT D

# United States of America
## United States Patent and Trademark Office

# WINNING ISN'T NORMAL

**Reg. No. 4,630,749**

**Registered Nov. 4, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

BELL, KEITH FRANK (UNITED STATES INDIVIDUAL)
3101 MISTYGLEN CIRCLE
AUSTIN, TX 78746

FOR: PRINTED MATTER, NAMELY, NON-FICTION PUBLICATIONS, NAMELY, BOOKS, BOOKLETS, PAMPHLETS, ARTICLES, MANUALS AND POSTERS IN THE FIELD OF SPORTS, FITNESS, AND COMPETITIVE PERFORMANCE AND PSYCHOLOGY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-23-1978; IN COMMERCE 12-31-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-947,685, FILED 5-31-2013.

SUSAN STIGLITZ, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# EXHIBIT E

Oakland Undercurrent (@ONDAswimteam) | Twitter

1/2/16, 1:56 PM



🐦 Home    ⚡ Moments                Search Twitter    🔍        Have an account? Log in ▾

**Oakland Undercurrent**
@ONDAswimteam

TWEETS **244**    FOLLOWERS **37**    LIKES **5**    LISTS **1**        👤➕ Follow

🔗 oaklandundercurrent.org
📅 Joined July 2013

📷 191 Photos and videos

  
  

**Oakland Undercurrent** @ONDAswimteam · 23 Dec 2015
Winning isn't normal...

Winning isn't normal. That doesn't mean there is anything wrong with winning. It just isn't normal. It's highly unusual.

Every competition has only one winner. No matter how many people are entered, only one person or team wins the championship.

Winning is unusual – as such it requires unusual action.

In order to win, you must do extraordinary things. You cannot just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. WANTING IT MORE IS A DECISION YOU MAKE AND ACT UPON – NOT SOME INHERENT QUALITY OR BURNING INNER DRIVE OR INSPIRATION! You have to make that value a priority.

You cannot train it

Oakland Undercurrent (@ONDAswimteam) | Twitter

train like everyone else. You have to train more
and train better.
You cannot talk like everyone else. You cannot think like
everyone else. You cannot be to willing to join the crowd, to
do what is expected, to act in a socially accepted manner, to
do what is "in". You need to be willing to stand out in the
crowd and CONSISTENTLY

 **Oakland Undercurrent** @ONDAswimteam · 25 Nov 2015
Social kick to finish pre thanksgiving
practice. Special guest today @noshirtmike



♡ 1

 **Oakland Undercurrent** @ONDAswimteam · 14 Nov 2015
Surprise tent visit by @AnthonyErvin at
swim meet this weekend.



♡ 2

 **Oakland Undercurrent** @ONDAswimteam · 7 Nov 2015
Yoga before swimming  instagram.com/p/9xBQWxQl2c/



**Oakland Undercurrent** @ONDAswimteam · 23 Dec 2015
Winning isn't normal...

# WINNING ISN'T NORMAL

Winning isn't normal. That doesn't mean there is anything
wrong with winning. It just isn't normal. It's highly unusual.

Every competition has only one winner. No matter how many
people are entered, only one person or team wins the
championship.

Winning is unusual – as such it requires unusual action.

In order to win, you must do extraordinary things. You cannot
just be one of the crowd. The crowd doesn't win. You have to
be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You
have to value success more than others do. You have to want
it more. **WANTING IT MORE IS A DECISION YOU MAKE
AND ACT UPON – NOT SOME INHERENT QUALITY OR
BURNING INNER DRIVE OR INSPIRATION!** You have to
make that value a priority.

You cannot train like everyone else. You have to train more
and train better.

**Oakland Undercurrent** @ONDAswimteam · 25 Nov 2015
Social kick to finish pre thanksgiving
practice. Special guest today
@noshirtmike – at Laney College



Oakland Undercurrent
@ONDAswimteam

Winning isn't normal....

# WINNING ISN'T NORMAL

Winning isn't normal. That doesn't mean there is anything wrong with winning. It just isn't normal. It's highly unusual.

Every competition has only one winner. No matter how many people are entered, only one person or team wins the championship.

Winning is unusual – as such it requires unusual action.

In order to win, you must do extraordinary things. You cannot just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. **WANTING IT MORE IS A DECISION YOU MAKE AND ACT UPON – NOT SOME INHERENT QUALITY OR BURNING INNER DRIVE OR INSPIRATION!** You have to make that value a priority.

You cannot train like everyone else. You have to train more and train better.

1:01 PM - 23 Dec 2015

Oakland Undercurrent @ONDAswimteam · 26 Nov 2016
Social kick to finish pre thanksgiving practice. Special guest today